```
 1  Carolyn D. Phillips #103045
    Attorney at Law
 2  P.O. Box 5622
    Fresno, California  93755-5622
 3  559/248-9833

 4  Attorney for Kathaleen Wells
```

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:07CR306 DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | RESET HEARING DATE |
| vs. | ) | |
| | ) | |
| KATHALEEN WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

THE PARTIES HEREBY STIPULATE to reset the hearing currently set in this matter for December 13, 2007, to January 10, 2008 at 10:00 a.m., for the convenience of the parties and their counsel.

Dated:  December 11, 2007        McGREGOR W. SCOTT
                                 United States Attorney


                                 By:   /s/ Mark McKeon
                                       MARK McKEON
                                       Assistant U.S. Attorney


Dated:  December 11, 2007              /s/ Carolyn D. Phillips
                                       CAROLYN D. PHILLIPS
                                       Attorney for Defendant Kathaleen Wells

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Wells, 1:07CR306 DLB*            1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3

## ORDER

4
5  IT IS ORDERED that the sentencing hearing in the matter of <u>United States v.</u>
6  <u>Wells</u>, Case No. 1:07CR306 DLB be reset from December 13, 2007 at 10:00 a.m., to
7  January 10, 2008 at 10:00 a.m.
8
9  Dated:  December 11, 2007        <u>/S/ Gary S. Austin</u>
                                    GARY S. AUSTIN
10                                  United States Magistrate Judge
                                    United States District Court
11                                  Eastern District of California

12
13
14
15
16
17
18
19
20
21
22

23  *Stipulation and Order to Reset Hearing Date;*
    *U.S. v. Wells, 1:07CR306 DLB*            2

PDF created with pdfFactory trial version www.pdffactory.com