Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Kathaleen Wells

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:07CR306 DLB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **RESET HEARING DATE** |
| vs. | ) | |
| | ) | |
| KATHALEEN WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

THE PARTIES HEREBY STIPULATE to reset the hearing currently set in this matter for January 31, 2008, to February 7, 2008 at 10:00 a.m., for the convenience of the parties and their counsel.

Dated: January 30, 2008          McGREGOR W. SCOTT
                                 United States Attorney


                                 By:  /s/ Mary Steffora
                                      MARY STEFFORA
                                      Certified law Student


Dated: January 30, 2008               /s/ Carolyn D. Phillips
                                      CAROLYN D. PHILLIPS
                                      Attorney for Defendant Kathaleen Wells

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Wells, 1:07CR306 DLB*          1

## ORDER

IT IS ORDERED that the sentencing hearing in the matter of <u>United States v. Wells</u>, Case No. 1:07CR306 DLB be reset from January 31, 2008 at 10:00 a.m., to February 7, 2008, at 10:00 a.m.

Dated: 30 January 2008      /s/ Dennis L. Beck
DENNIS L. BECK, Judge
United States District Court
Eastern District of California

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Wells, 1:07CR306 DLB*      2