UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Gary S. Austin
United States Magistrate Judge
Fresno, California

                                  RE:    Kathaleen Wells
                                            Docket Number:  1:07CR00306-01
                                            <u>Request to Modify Sentence</u>

Your Honor:

On April 24, 2008, the defendant, Kathaleen Wells, appeared before the Court for sentencing subsequent to her guilty plea to violation of 26 USC 7213A, Unauthorized Inspection of Tax Return Information, a Class A Misdemeanor.  The Court placed her on a one-year term of "Administrative Probation" with all standard conditions deleted except for monthly written supervision reports.  There were no special conditions ordered.  The $25.00 special assessment was imposed.  This request is to modify the term of probation to unsupervised.

18 USC 3601, Supervision of Probation, states that a person placed on probation shall be "...supervised by a probation officer to the degree warranted by the conditions specified by the sentencing court."  In this matter, considering the Court's order, it is apparent that the services of this office are not directly needed.  It does not appear to be a good use of resources to assign an officer to supervise the defendant to the extent ordered by the Court.  Assistant United States Attorney Mark McKeon has no objection to this modification with the provision that a review hearing be set prior to expiration and the probation office conduct a criminal history check prior to that hearing.  The defendant, through her attorney Carolyn D. Phillips, has no objections to modifying the probation term to unsupervised, but objected to setting a review hearing when it's need is not anticipated.

As the parties stipulate to modifying the term of probation to unsupervised probation and it is to the benefit of the defendant, it is requested this modification be ordered without a further appearance.  Specifically, It is recommended the one-year term of probation, previously ordered on April 24, 2008, be modified to unsupervised probation.  As a

Honorable Gary S. Austin  RE:   Wells, Kathaleen
Fresno, California              Docket Number: 1:07CR00306

condition of this unsupervised probation, the defendant shall not commit another federal, state, or local crime and shall report any new arrests and/or convictions to the Clerk of the Court. The probation office is instructed to conduct a criminal history check and submit it to the Court and parties within 60 days of termination of probation to allow the setting of a status conference/review hearing, if needed. The $25 special assessment remains ordered.

If there is any further information needed in connection with this request, please contact me at (559) 499-5702.

Respectfully submitted,

/s/ James E. Herbert

**James E. Herbert**
**Assistant Deputy Chief U.S. Probation Officer**

Dated:     April 28, 2008
           Fresno, California
           JEH

cc:   Mark McKeon
      Assistant United States Attorney

      Carolyn D. Phillips
      Defense Counsel

| | |
|---|---|
| Honorable Gary S. Austin<br>Fresno, California | **RE:** **Wells, Kathaleen**<br>**Docket Number: 1:07CR00306** |

**THE COURT ORDERS:**

(X)  Modification approved.

(  )  Modification not approved.  Probation Officer to contact court.

(  )  Other

IT IS ORDERED:

/s/ Gary S. Austin                                                      April 28, 2008
**GARY S. AUSTIN**                                               DATE
United States Magistrate Judge